1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 JOSE JULIO and TINA DENISE GONZALEZ, | Case No. CV 15-00131-JVS (GJS) |
| 12 | |
| Plaintiffs | |
| 13 | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 14 v. | |
| JAN GLICK, et al., | |
| 15 | |
| Defendants. | |
| 16 | |

17    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended

18 Complaint ("SAC"), all pleadings, motions, and other documents filed in this action,

19 the Report and Recommendation of United States Magistrate Judge ("Report"), and

20 Plaintiffs' Objections to the Report.  Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.

21 R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the

22 Report to which objections have been stated.

23    Having completed its review, the Court accepts the findings and

24 recommendations set forth in the Report.  Accordingly, **IT IS ORDERED** that the

25 motion to dismiss filed by Defendant Pankau and in which Defendants Orly and

26 Jankowski have joined [Dkt. 30, 37] and the motion to dismiss filed by Defendants

27 Anderson, Glick, Hseuh, McCarthy, Miller, Raney, and Wicklund [Dkt. 35] are

28 GRANTED and DENIED as follows:

(1) Count 5 of the SAC is dismissed without leave to amend with respect to Plaintiff Tina Gonzalez;

(2) Count 5 of the SAC is dismissed with leave to amend with respect to Plaintiff Jose Julio Gonzalez, who may attempt to replead the claim against Defendants Anderson and Wicklund;

(3) Count 4 of the SAC is dismissed with leave to amend, and Plaintiffs may attempt to replead this claim against Defendants Glick, Hseuh, and McCarthy;

(4) The ten state law claims of the SAC are dismissed without prejudice for lack of jurisdiction; and

(5) Plaintiffs are granted leave to file a Third Amended Complaint within 30 days of the issuance of this Order, which shall be consistent with the Report and this Order.

**IT IS SO ORDERED.**

DATE: March 14, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2