UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JULIO AND TINA DENISE GONZALEZ,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>JAN GLICK, et al.,<br><br>　　　　Defendants. | Case No. 2:15-cv-131-JVS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge Gail J. Standish,

**IT IS ADJUDGED THAT** this action is dismissed.

DATE: October 18, 2016　　　　_____
　　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE